| | |
|---|---|
| 1 | JAKRUN S. SODHI, Esq. (SBN 200851) |
| 2 | MARIA C. JAIME, Esq. (SBN 231502) |
|   | JINEEN T. ESPINOSA, Esq. (SBN 168027) |
| 3 | CURTIS & ARATA, A Professional Corporation |
|   | 1300 K Street, Second Floor |
| 4 | P.O. Box 3030 |
|   | Modesto, California 95353 |
| 5 | jsodhi@curtisandarata.com |
|   | Telephone:   (209) 521-1800 |
| 6 | Facsimile:    (209) 572-3501 |

Attorneys for Plaintiff ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez,<br><br>Plaintiffs,<br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, individually and in his official capacity; and DOES 1 to 100, inclusive,<br><br>Defendants.<br>_____/ | Case No. 1:08CV976<br><br>**STIPULATION FOR CHANGE OF VENUE AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that this court transfer venue of the above-captioned matter from the United State District Court for the Eastern District of California to the United States District Court for the Northern District of California.

It is further stipulated that the matter be heard in the Oakland Division of the Northern Federal District.   Payment of all costs and fees of such transfer shall be made by Plaintiffs, ELIZABETH TACKBERRY, , JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez

1

```
                              CURTIS & ARATA
                              A PROFESSIONAL CORPORATION


Dated:_____        By: _____
                                  Maria C. Jaime
                                  Attorneys for Plaintiffs



                              BOORNAZIAN, JENSEN & GARTHE




Dated:_____        By:_____
                                  Greg Rockwell,
                                  Attorneys for Defendants
                                  County of Alameda




                              PORTER, SCOTT, et al.



Dated:_____      By:_____
                                  Terence Cassidy
                                  Attorney for Defendants
                                  City of Livermore et al.
```

2

**ORDER**

Pursuant to the stipulation between the parties and good cause appearing, this action is transferred for all purposes from the United State District Court for the Eastern District of California to the United States District Court for the Northern District of California.  IT IS FURTHER ORDERED that the above-captioned matter is hereby transferred to the Oakland Division of the United States District Court, Northern District upon payment by Plaintiffs of all necessary fees required by law.  The Clerk of this Court is authorized to transfer all pleadings and papers herein to the Clerk of that Court.

IT IS SO ORDERED.

**Dated:   December 12, 2008**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE