1  JAKRUN S. SODHI, Esq. (SBN 200851)
   MARIA C. JAIME, Esq. (SBN 231502)
2  CURTIS & ARATA, A Professional Corporation
   1300 K Street, Second Floor
3  P.O. Box 3030
   Modesto, California 95353
4  Telephone:   (209) 521-1800
   Facsimile:    (209) 572-3501
5  jsodhi@curtisandarata.com
   mjaime@curtisandarata.com
6
7  Attorneys for Plaintiff ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by
   and through her Guardian ad Litem, Jovita Munoz Lopez
8
9              UNITED STATES DISTRICT COURT
10         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12 ELIZABETH TACKBERRY, JASMINE          Case No. C 08-05762 WBD
13 ELIZABETH LOPEZ, by and through her
   Guardian ad Litem, Jovita Munoz Lopez,  ORDER ON
                                          STIPULATION AND ORDER
14                                        CONTINUING THE INITIAL CASE
              Plaintiffs,                 MANAGEMENT CONFERENCE
15 v.
16 THE COUNTY OF ALAMEDA; ALAMEDA
   COUNTY SHERIFF'S DEPARTMENT;
17 SHERIFF GREGORY AHERN, individually
   and in his official capacity; SANTA RITA
18 JAIL; CITY of LIVERMORE; LIVERMORE
   POLICE DEPARTMENT; STEVE
19 SWEENEY, in his official capacity and
   individually; PUBLIC HEALTH
20 SERVICES, INC; and DOES 1 to 100,
   inclusive,
21
              Defendants.
22 _____/
23
      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,
24
   through their respective counsel, that the Initial Case Management set to be held on
25
   April 7, 2009 at 4:00 p.m., in the above-captioned matter is continued until such time as
26
   defendant, PUBLIC HEALTH SERVICES, INC., file their respective answer to Plaintiffs'
27
   First Amended Complaint.  Plaintiff will notify the Court when service upon PUBLIC
28

                                                                            1

1  HEALTH SERVICES, INC. has been accomplished.  The proposed date for the Initial

2  Case Management conference will be no later than June 1, 2009.

3

4

5  Dated: *March 18, 2009*          CURTIS & ARATA
                                    A Professional Law Corporation

6

7

8                                   By: _____
                                    MARIA C. JAIME
9                                   Attorneys for Plaintiffs

10                                  BOORNAZIAN, JENSEN & GARTHE

11

12

13  Dated: *Mar 18, 2009*           By: _____
                                    GREG ROCKWELL
14                                  Attorneys for Defendants
                                    County of Alameda
15

16

17                                  PORTER, SCOTT, et al.

18

19
    Dated:_____          By:_____
20                                  TERENCE CASSIDY
                                    Attorney for Defendants
21                                  City of Livermore et al.

22

23

24

25

26

27

28

                                                                                    2

1    HEALTH SERVICES, INC. has been accomplished.  The proposed date for the Initial

2    Case Management conference will be no later than June 1, 2009.

3

4

5    Dated: _____              CURTIS & ARATA
                                         A Professional Law Corporation
6

7

8    By: _____
                                         MARIA C. JAIME
9                                        Attorneys for Plaintiffs

10                                       BOORNAZIAN, JENSEN & GARTHE

11

12

13   Dated: _____         By: _____
                                         GREG ROCKWELL
14                                       Attorneys for Defendants
                                         County of Alameda
15

16

17                                       PORTER, SCOTT, et al.

18

19   Dated: 3/19/09                 By: _____
                                         TERENCE CASSIDY
20                                       Attorney for Defendants
                                         City of Livermore et al.
21

22

23

24

25

26

27

28

                                                                                    2
─────────────────────────────────────────────────────────────────────────
           STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1

### ORDER

2

3      Pursuant to the stipulation between the parties and good cause appearing, the

Initial Case Management Conference scheduled to be held on April 7, 2009 at 4:00

4      p.m., is continued to _____Thursday, June 4, 2009, at 4:00p.m.,  Courtroom 4.

5

6

7

8      Dated:  3/27/09



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE