JAKRUN S. SODHI, Esq. (SBN 200851)
MARIA C. JAIME, Esq. (SBN 231502)
CURTIS & ARATA, A Professional Corporation
1300 K Street, Second Floor
P.O. Box 3030
Modesto, California 95353
Telephone: (209) 521-1800
Facsimile: (209) 572-3501
jsodhi@curtisandarata.com
mjaime@curtisandarata.com

Attorneys for Plaintiff ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, in his official capacity and individually; PUBLIC HEALTH SERVICES, INC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 08-cv-05762 WBD<br><br>**STIPULATION AND ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Honorable Wayne D. Brazil** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the Initial Case Management set to be held on June 4, 2009 at 4:00 p.m., in the above-captioned matter, will be continued until such time as defendant, PUBLIC HEALTH SERVICES, INC., is served with Plaintiffs' First Amended Complaint and file their respective answer to Plaintiffs' First Amended

1  Complaint. Plaintiff will notify the Court when service upon PUBLIC HEALTH
2  SERVICES, INC. has been accomplished. The proposed date for Initial Case
3  Management Conference will be no later than July 7, 2009.

4
5
6  Dated: 5/14/09                    CURTIS & ARATA
                                     A Professional Law Corporation
7
8
9                                    By: /s/ Maria Jaime
                                     MARIA C. JAIME
10                                   Attorneys for Plaintiffs

11                                   BOORNAZIAN, JENSEN & GARTHE
12
13
14  Dated:_____            By:_____
                                     GREG ROCKWELL
15                                   Attorneys for Defendants
                                     County of Alameda
16
17
18                                   PORTER, SCOTT, et al.
19
20
21  Dated:_____            By:_____
                                     TERENCE CASSIDY
22                                   Attorney for Defendants
                                     City of Livermore et al.
23
24
25
26
27
28

1  Complaint. Plaintiff will notify the Court when service upon PUBLIC HEALTH
2  SERVICES, INC. has been accomplished. The proposed date for Initial Case
3  Management Conference will be no later than July 7, 2009.

Dated: _____

CURTIS & ARATA
A Professional Law Corporation

By: _____
MARIA C. JAIME
Attorneys for Plaintiffs

BOORNAZIAN, JENSEN & GARTHE

Dated: 5/14/09

By: _____
GREG ROCKWELL
Attorneys for Defendants
County of Alameda

PORTER, SCOTT, et al.

Dated: _____

By: _____
TERENCE CASSIDY
Attorney for Defendants
City of Livermore et al.

1  Complaint. Plaintiff will notify the Court when service upon PUBLIC HEALTH
2  SERVICES, INC. has been accomplished. The proposed date for Initial Case
3  Management Conference will be no later than July 7, 2009.

6  Dated: _____

CURTIS & ARATA
A Professional Law Corporation

9  By: _____
MARIA C. JAIME
Attorneys for Plaintiffs

BOORNAZIAN, JENSEN & GARTHE

14  Dated: _____        By: _____
GREG ROCKWELL
Attorneys for Defendants
County of Alameda

18  PORTER, SCOTT, et al.

20  Dated: 5·15·09        By: _____
TERENCE CASSIDY
Attorney for Defendants
City of Livermore et al.

2

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

RECEIVED TIME MAY. 15.   4:00PM

**ORDER**

Pursuant to the stipulation between the parties and good cause appearing, the Initial Case Management Conference scheduled to be held on June 4, 2009 at 4:00 p.m., is continued to  July 7, 2009, at 1:30 p.m.                              .

Dated:   5/19/2009



JUDGE _____ strict Court
for the N_____ ia
Judge Wayne D. Brazil

IT IS SO ORDERED
Judge Wayne D. Brazil