1 | GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
2 | JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
3 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #25585
4 | 555 12th Street, Suite 1800
P. O. Box 12925
5 | Oakland, CA  94604-2925
Telephone: (510) 834-4350
6 | Facsimile: (510) 839-1897

7 | Attorneys for Defendants
COUNTY OF ALAMEDA and SHERIFF
8 | GREGORY AHERN

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 |

| | |
|---|---|
| 12  ELIZABETH TACKBERRY, JASMINE | )   Case No.:  C08-05762-WHA |
| 12  ELIZABETH LOPEZ, by and through her | ) |
| Guardian ad Litem, Jovita Munoz Lopez, | )   [PROPOSED] |
| 13 | )   ORDER EXCUSING DEFENDANT |
|          Plaintiffs, | )   GREGORY AHERN FROM |
| 14 | )   ATTENDING MEDIATION |
| 15  vs. | ) |
| | ) |
| 16  THE COUNTY OF ALAMEDA, et al., | ) |
| | ) |
| 17          Defendants. | ) |

18 |

19 |

20 |          By letter dated August 28, 2009, defendants COUNTY OF ALAMEDA and GREGORY J.

21 | AHERN have requested, pursuant to ADR Local Rule 6-9(d), that defendant GREGORY J.

22 | AHERN be excused from personally attending a mediation scheduled by the parties to occur on

23 | November 13, 2009.  This letter shows that the attendance of AHERN would present an

24 | unjustifiable hardship to him, and that the value of the case, while uncertain, does not necessitate

25 | the personal attendance of AHERN.  This letter further shows that neither the parties nor the

26 | mediator object to AHERN being excused from attending this mediation.  For these reasons, and

27 | good cause otherwise appearing therefor, the Court hereby ORDERS as follows:

28 |

-1-

**ORDER EXCUSING GREGORY J. AHERN FROM ATTENDING MEDIATION**
*Elizabeth Tackberry, et al. vs. County of Alameda, et al.*; U.S.D.C.-N. Dist. of CA Case No. C 08-05762 WHA

1    Defendant **GREGORY J. AHERN** is hereby **EXCUSED** from attending the mediation of

2  this case on November 13, 2009.

3  **SO ORDERED.**

4

5  DATED:   _8/31/09_

6

7                                                    By: _Wayne D. Brazil_

8                                                        WAYNE D. BRAZIL
                                                         UNITED STATES MAGISTRATE
9                                                                    JUDGE

   25585\475187

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -2-
   **ORDER EXCUSING GREGORY J. AHERN FROM ATTENDING MEDIATION**
   *Elizabeth Tackberry, et al. vs. County of Alameda, et al.; U.S.D.C.-N. Dist. of CA Case No. C 08-05762 WHA*