UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.: C08-05762 WHA<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING EXTENSION OF THE MEDIATION DEADLINE** |

The parties having agreed and stipulated that mediation of this case will be conducted prior to December 1, 2009, and good cause appearing therefor, the Court hereby ORDERS as follows:

The current deadline to complete mediation of October 14, 2009, is **HEREBY EXTENDED** up to and including **December 1, 2009.**

**PURSUANT TO STIPULATION, SO ORDERED.**

DATED:  September 2, 2009.

25585\474699

By: _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[APPROVED - Judge William Alsup signature stamp]

-1-

ORDER GRANTING EXTENSION OF THE MEDIATION DEADLINE
*Tackberry, et al. vs. The County of Alameda, et al.*; USDC-Nor. Dist. Case No. C08-05762 WHA