**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CITY OF LIVERMORE, LIVERMORE POLICE DEPARTMENT
and STEVE SWEENEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, individually and in his official capacity; and DOES 1 to 100, inclusive,<br><br>　　　Defendants,<br>_____/ | Case No. 3:08-cv-05762-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE DEFENDANTS CITY OF LIVERMORE AND STEVE SWEENEY** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs ELIZABETH TACKBERRY and JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez, and Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, SHERIFF GREGORY AHERN, SANTA RITA JAIL, CITY OF LIVERMORE, LIVERMORE POLICE DEPARTMENT, STEVE SWEENEY and PRISON HEALTH SERVICES, INC. that Defendants CITY OF LIVERMORE, LIVERMORE POLICE DEPARTMENT and STEVE SWEENEY are hereby

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CITY DEFENDANTS**
00717398.WPD

dismissed with prejudice from this case, each party to bear its own costs and attorney fees.

Respectfully submitted,

Dated:  September 21, 2009         PORTER SCOTT
                                   A PROFESSIONAL CORPORATION


                                   By    /s/ Terence J. Cassidy
                                         Terence J. Cassidy
                                         Attorney for Defendants
                                         CITY OF LIVERMORE, LIVERMORE
                                         POLICE DEPARTMENT and STEVE
                                         SWEENEY


Dated: September 21, 2009          CURTIS & ARATA
                                   A PROFESSIONAL CORPORATION


                                   By /s/ Michael Ijams (as auth'd 9/21/09)
                                         Michael Ijams
                                         Jakrun S. Sodhi
                                         Attorneys for Plaintiffs
                                         ELIZABETH TACKBERRY and
                                         JASMINE ELIZABETH LOPEZ, by and
                                         through her Guardian ad Litem, Jovita
                                         Munoz Lopez


Dated: September 21, 2009          BOORNAZIAN JENSEN & GARTHE


                                   By    /s/ Gregory Rockwell (as auth'd 9/18/09)
                                         Gregory James Rockwell
                                         Jill Sazama
                                         Attorneys for Defendants
                                         COUNTY OF ALAMEDA, ALAMEDA
                                         COUNTY SHERIFF'S DEPARTMENT,
                                         SHERIFF  GREGORY  AHERN  and
                                         SANTA RITA JAIL

2
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CITY DEFENDANTS**
00717398.WPD

| | | |
|---|---|---|
| 1 | Dated: September 21, 2009 | LAW OFFICES OF NANCY E. HUDGINS |
| 2 | | |
| 3 | | By /s/ Matthew M. Grigg (as auth'd 9/18/09) |
| 4 | | Nancy E. Hudgins<br>Matthew M. Grigg<br>Attorneys for Defendant |
| 5 | | PRISON HEALTH SERVICES, INC. |

8  **IT IS SO ORDERED.**

11  Dated: September 24, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]