IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez<br><br>   Plaintiffs,<br><br>  v.<br><br>THE COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, SHERIFF GREGORY AHERN, individually and in his official capacity, SANTA RITA JAIL, LIVERMORE POLICE DEPARTMENT, and DOES 1 to 100, inclusive<br><br>   Defendants. | No. C 08-05762 WHA<br><br>**ORDER DENYING EXTENSION OF THE MEDIATION DEADLINE** |

   The mediation deadline in this action was previously extended from October 14, 2009, to November 13, 2009, in order to allow the parties to take several depositions in preparation for mediation (Dkt. No. 53). Now the parties seek another extension of the mediation deadline to March 31, 2010, in order to allow the parties to first complete another deposition of a witness that they claim is currently unavailable. For lack of good cause shown, the motion for another extension is **DENIED**.

   **IT IS SO ORDERED.**

Dated: November 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE