# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| TACKBERRY, et al.<br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE COUNTY OF ALAMEDA, et al.,<br>　　　　Defendants.<br>_____/ | No. C08-5762 WHA MED<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PLAINTIFF JASMINE LOPEZ'S GUARDIAN AD LITEM JOVITA MUNOZ LOPEZ**<br><br>Date:　November 20, 2009<br>Mediator:　Jonathan Schmidt |

　　　IT IS HEREBY ORDERED that plaintiff Jasmine Lopez's guardian ad litem Jovita Munoz Lopez is excused from personally appearing at the November 30 or December 1 mediation before Jonathan Schmidt. Ms. Lopez shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

　　　IT IS SO ORDERED.

November 23, 2009　　　　By:　_____
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge