1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

TACKBERRY, et al.
           Plaintiffs,

    v.

THE COUNTY OF ALAMEDA, et al.,
           Defendants.
_____/

No. C08-5762 WHA MED

**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PLAINTIFF JASMINE LOPEZ'S GUARDIAN AD LITEM JOVITA MUNOZ LOPEZ**

Date:     November 20, 2009
Mediator:  Jonathan Schmidt

IT IS HEREBY ORDERED that plaintiff Jasmine Lopez's guardian ad litem Jovita Munoz Lopez is excused from personally appearing at the November 30 or December 1 mediation before Jonathan Schmidt.  Ms. Lopez shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

November 23, 2009       By:           *Elizabeth D. Laporte*
_____              _____
Dated                                      Elizabeth D. Laporte
                                        United States Magistrate Judge