MICHAEL B. IJAMS (Bar No. 084150)
MARIA C. JAIME (Bar No. 231502)
**CURTIS LEGAL GROUP**,
A Professional Law Corporation
1300 K Street, Second Floor (95354)
P.O. Box 3030
Modesto, CA 95353
(209) 521-1800; (209) 572-3501 FAX
mijams@CurtisLegalGroup.com
mjaime@CurtisLegalGroup.com

Attorneys for Petitioner JOVITA MUÑOZ LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Muñoz Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, in his official capacity and individually; PUBLIC HEALTH SERVICES, INC; and DOES 1 to 100, inclusive,<br><br>Defendants.<br>_____/ | No. 08-CV05762 WHA<br><br>~~PETITION AND~~ **ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, JOVITA MUNOZ LOPEZ, states as follows:

1. I am the mother of J.E.L., a minor of four years of age, who was born in 2005. J.E.L. resides with me, I have legal custody of her, and I am the person responsible for her care.

2. J.E.L. is the daughter of Jeremiah Woodman, deceased. J.E.L. is a claimant in this action against the County of Alameda, Alameda County Sheriff's Department, Sheriff Gregory Ahern, individually and in his official capacity, Santa Rita Jail, and Prison Health Services, Inc., for wrongful death, violation of civil rights

~~PETITION AND~~ ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

1   pursuant to 22 U.S.C. § 1983, negligence, and negligent hiring, arising out of the denial

2   and refusal to provide proper custodial supervision and medical treatment to Jeremiah

3   Woodman despite his obvious need for medical care, and which ultimately resulted in

4   his death.

5       3.    J.E.L. has no general guardian, and no previous petition for appointment

6   of a guardian ad litem has been filed in this matter.

7       4.    My present address is Mexilli No. 2236, Colonia Campestre, Nuevo

8   Laredo, Tamaulipas, 88000, Mexico. I am presently awaiting permission to re-enter the

9   United States, which I expect to receive shortly.

10      5.    I am a competent and responsible person, and fully competent to act as

11  guardian ad litem for J.E.L.

12      6.    I am willing to act as guardian ad litem for J.E.L., as confirmed by my

13  consent attached hereto.

14      WHEREFORE, petitioner moves the court for an order appointing Jovita Muñoz

15  Lopez as guardian ad litem of J.E.L. for purposes of this action against the County of

16  Alameda, Alameda County Sheriff's Department, Sheriff Gregory Ahern, individually

17  and in his official capacity, Santa Rita Jail, and Prison Health Services, Inc., on the

18  claim stated above.

19      I declare under penalty of perjury under the laws of the United States that the

20  foregoing is true and correct.

21  Executed on  December  6, 2009, at  Nuevo Laredo, Mexico.
                     [Month]      [Day]          [City]

22

23                                   /s/ Jovita Muñoz Lopez
                                 Jovita Muñoz Lopez

24

25                                   CURTIS LEGAL GROUP,
                                 A Professional Law Corporation

26

27

28  DATED: 12/16    , 2009        By  /s/ Michael B. Ijams
                                                  Michael B. Ijams

Attorneys for Petitioner JOVITA MUÑOZ LOPEZ

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I, Jovita Munoz Lopez, consent to act as guardian ad litem for J.E.L. in the above action.

/s/ Jovita Muñoz Lopez
Jovita Muñoz Lopez

Executed on  December  6, 2009, at  Nuevo Laredo, Mexico.
                 [Month]      [Day]             [City]

**ORDER**

The petition for an order appointing Jovita Munoz Lopez as guardian ad litem for minor, J.E.L., is GRANTED.

IT IS SO ORDERED.

Dated: December 29, 2009.
_____
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM     3