IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, SHERIFF GREGORY AHERN, individually and in his official capacity, SANTA RITA JAIL, LIVERMORE POLICE DEPARTMENT, and DOES 1 to 100, inclusive<br><br>　　　　　Defendants. | No. C 08-05762 WHA<br><br>**ORDER RE IMMIGRATION PAROLE FOR GUARDIAN AD LITEM JOVITA MUNOZ LOPEZ** |

Plaintiff in this matter is four years old. Her mother and guardian ad litem, Jovita Munoz Lopez, is a Mexican citizen who seeks to enter the United States on "temporary parole" in order to give her deposition and participate in the mediation of this matter from February 22–26, 2010, plus reasonable travel time before and after those dates. Based on the stipulation of the parties and good cause shown, this order finds that it would be in the best interest of the parties and in the interests of justice and the efficient administration of this matter that Guardian Ad Litem Lopez appear in the San Francisco Bay Area to participate in her deposition and the mediation of this matter from February 22–26, 2010. Guardian Ad Litem Lopez is ordered to seek parole from United States Citizenship and Immigration Services to so appear. However,

no extensions of the case schedule shall be granted based on any delay in (or denial of) the issuance of parole to Guardian Ad Litem Lopez.

**IT IS SO ORDERED.**

Dated: February 9, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2