1   MICHAEL B. IJAMS (Bar No. 084150)
    MARIA C. JAIME (Bar No. 231502)
2   **CURTIS LEGAL GROUP**
    A Professional Law Corporation
3   1300 K Street, Second Floor (95354)
    P.O. Box 3030
4   Modesto, CA 95353
    (209) 521-1800; (209) 572-3501 FAX
5   mijams@curtislegalgroup.com
    mjaime@curtislegalgroup.com
6
    Attorneys for Plaintiffs Elizabeth Tackaberry
7   and J.E.L., a minor, by and through
    her Guardian ad Litem Jovita Muñoz Lopez
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  ELIZABETH TACKABERRY and J.E.L., a            No. 08-CV05762 WHA
    minor, by and through her Guardian ad
13  Litem, Jovita Muñoz Lopez,                    ~~[PROPOSED]~~ **ORDER APPROVING
                                                  MINOR'S COMPROMISE.**
14                 Plaintiffs,

15  v.

16  THE COUNTY OF ALAMEDA; ALAMEDA
    COUNTY SHERIFF'S DEPARTMENT;
17  SHERIFF GREGORY AHERN, individually
    and in his official capacity; SANTA RITA
18  JAIL; CITY of LIVERMORE; LIVERMORE
    POLICE DEPARTMENT; STEVE
19  SWEENEY, in his official capacity and
    individually; PUBLIC HEALTH SERVICES,
20  INC; and DOES 1 to 100, inclusive,

21                 Defendants.

22  _____/

23

24       The Court, having reviewed the settlement terms, the facts and circumstances

25  surrounding the case, and the PETITION FOR COURT APPROVAL OF MINOR'S

26  COMPROMISE of Plaintiff J.E.L., a minor, by and through her Guardian ad Litem Jovita

27  Muñoz Lopez, and supporting documents, and good cause appearing therefore,

28

1     THE COURT Hereby approves the settlement conditions set forth in Plaintiff's

2  PETITION FOR COURT APPROVAL OF MINOR'S COMPROMISE and supporting

3  documents and declarations, and

4     IT IS ORDERED that the gross amount of settlement in favor of claimant is

5  $106,666.67.  The proceeds of the settlement shall be disbursed in the following

6  manner:

7     Fees, costs, and expenses: Fees, costs, and expenses shall be paid by one or

8  more checks or drafts, drawn payable to the following persons/entities.

9     1)  Reimbursement for advanced costs and expenses:  $9,789.30 shall be

10  payable to Curtis Legal Group.

11     2)  Payment for attorney's fees: $26,666.67 shall be payable to Curtis Legal

12  Group.

13     Total allowance for fees, costs, and expenses from the settlement: $36,455.97.

14     Balance: The balance of the settlement available for claimant after payment for

15  all allowed fees, costs and expenses is: $70,210.70.  The balance shall be paid by one

16  or more checks or drafts drawn payable to the following persons/entities:

17     3) Blocked account: $35,105.35 shall be payable to the petitioner as trustee for

18  the claimant.  Each such check or draft must bear an endorsement on the face or

19  reverse that it is for deposit in an interest-bearing, federally insured account in the

20  name of petitioner as trustee for claimant, and no withdrawals may be made except as

21  provided by a further written order under this case name and number, signed by a

22  judicial officer, and bearing the seal of this court.  When the minor attains the age of 18

23  years, the depository, without further order from this court, is authorized and directed to

24  pay by check or draft directly to the former minor, upon proper demand, all moneys

25  including interest deposited under this order.  The money on deposit is not subject to

26  escheat.

27     4) Annuity:  $35,105.35 shall be payable to the petitioner as trustee for the

28  claimant. Each such check or draft must bear an endorsement on the face or reverse

---

1   that it is for deposit in a single-premium deferred annuity in the name of petitioner as

2   trustee for claimant, and no withdrawals may be made except as provided by a further

3   written order under this case name and number, signed by a judicial officer, and

4   bearing the seal of this court. The money on deposit is not subject to escheat, and

5          IT IS FURTHER ORDERED, that within 30 days of receipt of a check or draft

6   described above under paragraphs 3 and 4, the petitioner or petitioner's attorney must

7   deposit the check or draft in the petitioner's name as trustee for the claimant into one or

8   more blocked accounts and annuities as described above, and

9          IT IS FURTHER ORDERED, that upon receipt of the full amount of the

10  settlement sum approved by this order and the deposit of funds, the petitioner is

11  authorized and directed to execute to the payers a full, complete, and final release and

12  discharge of any and all claims and demands of the claimant by reason of the incident

13  described in the petition and the resultant injuries to the claimant.  Petitioner is further

14  authorized and directed to properly execute a dismissal with prejudice.

15

16

17

18

19  DATED:  _____August 2, 2010._____

20                                    UNITED STATES                              GE



21

22

23

24

25

26

27

28

_____

**~~[PROPOSED]~~ ORDER APPROVING MINOR'S COMPROMISE**
Case No. 08-CV05762 WHA                                                                 3