MICHAEL B. IJAMS (Bar No. 084150)
MARIA C. JAIME (Bar No. 231502)
**CURTIS LEGAL GROUP**
A Professional Law Corporation
1300 K Street, Second Floor (95354)
P.O. Box 3030
Modesto, CA 95353
(209) 521-1800; (209) 572-3501 FAX
mijams@curtislegalgroup.com
mjaime@curtislegalgroup.com

Attorneys for Plaintiffs Elizabeth Tackaberry and J.E.L., a minor, by and through her Guardian ad Litem Jovita Muñoz Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKABERRY and J.E.L., a minor, by and through her Guardian ad Litem, Jovita Muñoz Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, in his official capacity and individually; PUBLIC HEALTH SERVICES, INC; and DOES 1 to 100, inclusive,<br><br>Defendants.<br>_____ / | No. 08-CV05762 WHA<br><br>[~~PROPOSED~~] ORDER APPROVING MINOR'S COMPROMISE AND GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO REVISE PRIOR ORDER. |

The Court, having reviewed the settlement terms, the facts and circumstances surrounding the case, and the Plaintiff's PETITION FOR COURT APPROVAL OF MINOR'S COMPROMISE and MOTION FOR ADMINISTRATIVE RELIEF TO REVISE ORDER APPROVING MINOR'S COMPROMISE and supporting documents, and good cause appearing therefore,

---

[~~PROPOSED~~] REVISED ORDER APPROVING MINOR'S COMPROMISE
Case No. 08-CV05762 WHA

1   THE COURT Hereby approves the settlement conditions set fourth in Plaintiff's
PETITION FOR COURT APPROVAL OF MINOR'S COMPROMISE and supporting
documents and declarations, and hereby grants the MOTION FOR ADMINISTRATIVE
RELIEF TO REVISE ORDER APPROVING MINOR'S COMPROMISE and supporting
documents, and

   IT IS ORDERED that the Order Approving Minor's Compromise dated August 2,
2010, is hereby vacated, and

   IT IS FURTHER ORDERED that the gross amount of settlement in favor of
claimant is $106,666.67.  The proceeds of the settlement shall be disbursed in the
following manner:

   Fees, costs, and expenses: Fees, costs, and expenses shall be paid by one or
more checks or drafts, drawn payable to the following persons/entities.

   1) Reimbursement for advanced costs and expenses:  $9,789.30 shall be
payable to Curtis Legal Group.

   2) Payment for attorney's fees: $26,666.67 shall be payable to Curtis Legal
Group.

   Total allowance for fees, costs, and expenses from the settlement: $36,455.97.

   Balance: The balance of the settlement available for claimant after payment for
all allowed fees, costs and expenses is: $70,210.70.  The balance shall be paid by one
or more checks or drafts drawn payable to the following persons/entities:

   3) Blocked account: $35,105.00 shall be payable to the petitioner as trustee for
the claimant.  Each such check or draft must bear an endorsement on the face or
reverse that it is for deposit in an interest-bearing, federally insured account in the
name of petitioner as trustee for claimant, and no withdrawals may be made except as
provided by a further written order under this case name and number, signed by a
judicial officer, and bearing the seal of this court.  When the minor attains the age of 18
years, the depository, without further order from this court, is authorized and directed to
pay by check or draft directly to the former minor, upon proper demand, all moneys

including interest deposited under this order.  The money on deposit is not subject to escheat.

     4) Annuity: $35,105.70 shall be payable to MetLife Tower Resources Group, Inc., for purposes of funding an annuity through Metropolitan Life Insurance Company (which holds an A+ "Superior" rating from A.M. Best), and further that the annuity will result in payments directly to plaintiff, J.E.L., of: $4,500.00 payable semi-annually, guaranteed for 4 years, to begin August 26, 2023 with the last payment on February 26, 2027; $12,500.00 guaranteed lump sum payable on August 26, 2030; and $30,000.00 guaranteed lump sum payable on August 26, 2035; and,

     IT IS FURTHER ORDERED, that within 30 days of receipt of a check or draft described above under paragraph 3, the petitioner or petitioner's attorney must deposit the check or draft in the petitioner's name as trustee for the claimant into one or more blocked accounts as described above, and

     IT IS FURTHER ORDERED that, upon receipt and deposit of the full amount of the settlement sum referenced in Paragraph 3 above, and the funding of the annuity referenced in Paragraph 4 above, petitioner is authorized and directed to properly execute a dismissal of all parties with prejudice.

DATED: September 10, 2010.



UNITED STATES [DISTRICT JUDGE]
Judge William Alsup

[PROPOSED] REVISED ORDER APPROVING MINOR'S COMPROMISE
Case No. 08-CV05762 WHA

3