UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.: C08-05762 WHA<br><br>[~~PROPOSED~~]<br>ORDER DISMISSING WITH PREJUDICE DEFENDANTS COUNTY OF ALAMEDA, GREGORY J. AHERN, SANTA RITA JAIL and ALAMEDA COUNTY SHERIFF'S DEPARTMENT |

Pursuant to stipulation and settlement of all claims between plaintiffs ELIZABETH TACKBERRY and JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez, and defendants COUNTY OF ALAMEDA and GREGORY J. AHERN (also named herein as "SANTA RITA JAIL" and "ALAMEDA COUNTY SHERIFF'S DEPARTMENT"), and for good cause shown, any and all claims against defendants COUNTY OF ALAMEDA, GREGORY J. AHERN, SANTA RITA JAIL and ALAMEDA COUNTY SHERIFF'S DEPARTMENT are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: September 29, 2010

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION FOR DISMISSAL; ~~PROPOSED~~ ORDER
*Tackberry, et al. vs. The County of Alameda, et al.*; USDC-Nor. Dist. Case No. C08-05762 WHA