1  MICHAEL B. IJAMS (Bar No. 084150)
   MARIA C. JAIME (Bar No. 231502)
2  **CURTIS LEGAL GROUP**
   A Professional Law Corporation
3  1300 K Street, Second Floor (95354)
   P.O. Box 3030
4  Modesto, CA 95353
   (209) 521-1800; (209) 572-3501 FAX
5  mijams@curtislegalgroup.com
   mjaime@curtislegalgroup.com
6
   Attorneys for Plaintiffs Elizabeth Tackaberry
7  and J.E.L., a minor, by and through
   her Guardian ad Litem Jovita Muñoz Lopez
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ELIZABETH TACKABERRY and J.E.L., a minor, by and through her Guardian ad Litem, Jovita Muñoz Lopez, | No. 08-CV05762 WHA |
| 14         Plaintiffs, | **NOTICE OF MOTION, MOTION FOR DISMISSAL AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE DEFENDANT PRISON HEALTH SERVICES, INC.** |
| 15  v. | |
| 16  THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, in his official capacity and individually; PUBLIC HEALTH SERVICES, INC; and DOES 1 to 100, inclusive, | |
| 21         Defendants. | |
| 22  _____/ | |

23

24      NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure,

25  Rule 41(a)(2), plaintiffs Elizabeth Tackaberry and J.E.L., a minor, by and through her

26  Guardian ad Litem, Jovita Muñoz Lopez, will and hereby does, move to dismiss the

27  above-captioned action with prejudice as to defendant Prison Health Services, Inc.

28  (erroneously named herein as "Public Health Services, Inc."), and all other remaining

**VOLUNTARY DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL OF PRISON HEALTH SERVICES**

1  defendants, if any, pursuant to the Order Approving Minor's Compromise made by this
2  Court on September 10, 2010, and subsequent fulfillment of their obligations under the
3  Order by all defendants.

4

5                                        CURTIS LEGAL GROUP
                                      A Professional Law Corporation
6

7

8  Dated: October 13, 2010        By   /s/Maria C. Jaime
                                              MARIA C. JAIME
9                                      Attorneys for Plaintiffs Elizabeth Tackaberry
                                     and J.E.L., by and through her Guardian
10                                      ad Litem Jovita Muñoz Lopez

11    The Clerk shall close the file.
12      **IT IS SO ORDERED.**

13

14  Dated: _October 13, 2010._       By _____

15                                             Judge William Alsup

16

17

18

19

20

21

22

23

24

25

26

27

28

**VOLUNTARY DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL OF PRISON HEALTH SERVICES** 2