UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKABERRY, J.E.L., by and through her Guardian ad Litem, Jovita Muñoz Lopez,<br><br>    Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, in his official capacity and individually; PUBLIC HEALTH SERVICES, INC; and DOES 1 to 100, inclusive,<br><br>    Defendants.<br>_____/ | No. 08-CV05762 WHA<br><br>**ORDER FOR SUBSTITUTION AND APPOINTMENT OF GUARDIAN AD LITEM** |

ORDER FOR SUBSTITUTION AND APPOINTMENT OF GUARDIAN AD LITEM

The petition for an order that the guardian ad litem for J.E.L. be substituted from Jovita Muñoz Lopez to Beth Tackaberry and that Beth Tackaberry be appointed as guardian ad litem for J.E.L., for purposes of this action, is GRANTED.

IT IS SO ORDERED.

Dated: November 16, 2010.



Judge William Alsup