UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKABERRY and J.E.L., a minor, by and through her Guardian ad Litem, Jovita Muñoz Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, in his official capacity and individually; PUBLIC HEALTH SERVICES, INC; and DOES 1 to 100, inclusive,<br><br>Defendants.<br>_____/ | No. 08-CV05762 WHA<br><br>[PROPOSED] AMENDMENT TO ORDER APPROVING MINOR'S COMPROMISE |

The Court, having reviewed the settlement terms, the facts and circumstances surrounding the case, and the Plaintiff's PETITION FOR COURT APPROVAL OF MINOR'S COMPROMISE and MOTION FOR ADMINISTRATIVE RELIEF TO AMEND ORDER APPROVING MINOR'S COMPROMISE, and the STIPULATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO AMEND ORDER APPROVING

1  MINOR'S COMPROMISE and supporting documents, and good cause appearing
2  therefore,
3     THE COURT hereby grants the MOTION FOR ADMINISTRATIVE RELIEF TO
4  AMEND ORDER APPROVING MINOR'S COMPROMISE and supporting documents,
5  and
6     IT IS ORDERED that the Order Approving Minor's Compromise And Granting
7  Motion for Administrative Relief to Revise Prior Order dated September 10, 2010 ("the
8  Order"), and more specifically, page 2, line 21 through page 3, line 2 of the Order, is
9  hereby amended to read as follows:
10     "3) Blocked account: $37,552.69 shall be payable to Beth Tackaberry as trustee
11  for Jasmine Elizabeth Lopez. Each such check or draft must bear an endorsement on
12  the face or reverse that it is for deposit in an interest-bearing, federally insured account
13  in the name of Beth Tackaberry as trustee for Jasmine Elizabeth Lopez, and no
14  withdrawals may be made except as provided by a further written order under this case
15  name and number, signed by a judicial officer, and bearing the seal of this court. When
16  the minor attains the age of 18 years, the depository, without further order from this
17  court, is authorized and directed to pay by check or draft directly to the former minor,
18  upon proper demand, all moneys including interest deposited under this order. The
19  money on deposit is not subject to escheat."
20     PURSUANT TO STIPULATION IT IS SO ORDERED.

24  DATED: November 16, 2010.            UNITED STATES DISTRICT JUDGE

