UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKABERRY and J.E.L., by and through her Guardian ad Litem, Jovita Muñoz Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, in his official capacity and individually; PUBLIC HEALTH SERVICES, INC; and DOES 1 to 100, inclusive,<br><br>Defendants.<br>_____/ | No. 08-CV05762 WHA<br><br>[PROPOSED] ORDER ON APPLICATION FOR COURT ORDER EXTENDING TIME TO DEPOSIT SETTLEMENT FUNDS PURSUANT TO ORDER APPROVING MINOR'S COMPROMISE |

The Court having reviewed the declaration of Maria C. Jaime, the stipulation of the parties, the facts and circumstances of this case, and good cause appearing therefore,

IT IS ORDERED that Plaintiffs' application for an order extending the time to deposit settlement funds pursuant to the Order Approving Minor's Compromise and

ORDER ON APPLICATION FOR COURT ORDER EXTENDING TIME
Case No. 08-CV05762 WHA

1  Granting Motion for Administrative Relief to Revise Prior Order, dated September 10,
2  2010, is hereby granted;
3       IT IS FURTHER ORDERED THAT the petitioner and/or petitioner's attorney are
4  granted an additional 60 days, from the date of this Order, to deposit the applicable
5  settlement check or draft into one or more blocked accounts pursuant to the Order
6  Approving Minor's Compromise and Granting Motion for Administrative Relief to Revise
7  Prior Order, in this action, dated September 10, 2010.
8       PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  Dated: November 16, 2010.

11                                          UNITED STATES

